[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 4, 2007
THOMAS K. KAHN
CLERK

No. 06-15682
Non-Argument Calendar

_____

D. C. Docket No. 06-00074-CR-T-27-TGW

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LAUREEN SUE HILL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(May 4, 2007)**

Before  BLACK, CARNES and MARCUS, Circuit Judges

PER CURIAM:

Alec Fitzgerald Hall, appointed counsel for Laureen Sue Hill in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hill's convictions and sentences are **AFFIRMED.**